**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

NOV 7 2007

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT GENE ROSS, pro se,

Plaintiff,

v.

Civ. 06-0867 RB/RLP

JOE WILLIAMS, et al.,

Defendants.

ORDER

THIS MATTER comes before the Court on Plaintiff's Motion for Reconsideration of this Court's denial of Plaintiff's Motion for Temporary Restraining Order. See Memorandum Opinion and Order [Doc. 61] and on Plaintiff's Objections [Doc. 65] to the Magistrate Judge's Report and Recommendation [Doc. 62].

Plaintiff's Motion for Reconsideration does not allege any new facts to warrant reconsideration or which would go to the issuance of a temporary restraining order. Accordingly, the Motion will be denied.

The Court has conducted a *de novo* review of the record before it and finds that Plaintiff's objections are not well-taken and therefore will be denied. Accordingly, the Court will adopt the Magistrate Judge's Report and Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Reconsideration [Doc. 64] is denied;

IT IS FURTHER ORDERED that the Magistrate Judge's Report and Recommendation is adopted by the Court.

IT IS SO ORDERED.

United States District Judge